IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROY R. CASSTEVENS,                )
                                  )
          Plaintiff,              )
                                  )
     v.                           )          1:07CV657
                                  )
MICHAEL J. ASTRUE,                )
Commissioner of Social Security,)
                                  )
          Defendant.              )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on October 15, 2008, was served on the parties in this action. The Commissioner objected to the Recommendation (Doc. 23), and the Plaintiff has filed a response (Doc. 25).

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination, which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for summary judgment (Doc. 14) be **GRANTED,** that the Commissioner's motion for judgment on the pleadings (Doc. 18) be **DENIED,** and that this matter be **REMANDED** to the Commissioner for further proceedings consistent

with this decision.  A judgment dismissing this action will be entered contemporaneously with this Order.


                                        /s/ Thomas D. Schroeder
                                        United States District Judge


May 14, 2009